sion, Third Department. May 4, 1910.) Action by Edward H. Pardee against George Murphy and others.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

PARISI, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by John Parisi against the Erie Railroad Company. M. Feltenstein, for appellant. F. B. Jennings, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

PARIS MODES CO. v. SIMON. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Appeal from Special Term, New York County. Action by the Paris Modes Company against Aaron Simon. From an order granting a motion for an injunction during the pendency of the action, defendant appeals. Reversed. Samuel Scoville, Jr., for appellant. John J. Crawford, for respondent.

PER CURIAM. The order is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs, without passing upon the question whether the plaintiff upon a trial would be entitled to a final injunction specifically enforcing this agreement.

DOWLING, J., dissents.

In re PARKE. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) In the matter of the judicial settlement of the accounts of Robert A. Parke, as general guardian of Charlotte T. Parke.

PER CURIAM. Decree reversed, and proceeding remitted to Surrogate's Court, with costs to appellant to abide event, upon the ground that the finding that a settlement was made is against the weight of the evidence and that a hearing should be had upon the issues raised by the objections filed.

ROBSON, J., dissents.

PARSELL, Highway Superintendent, v. HUFF. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) In the matter of the application of Charles B. Parsell, as Town Superintendent of Highways of the Town of Niles, against George J. Huff, for an order to deliver books, papers, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PARSELL & WEED, Appellant, v. BALDWIN CALCULATING MACH. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Parsell & Weed against the Baldwin Calculating Machine Company. W. J. Carlin, for appellant. R. Tracy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re PASCALM. (Supreme Court, Appellate Division, First Department. May 13, 1910.) In the matter of Isadore L. Pascalm, an attorney. No opinion. Motion granted. Settle order on notice.

PATTEN, Respondent, v. LYNETT, Appellant. (Supreme Court, Appellate Division, First Department, June 17, 1910.) Action by Dana A. Patten against Edward J. Lynett. G. Gomegys, for appellant. F. P. Ufford, for respondent. No opinion. Judgment and order affirmed, with costs, on 133 App. Div. 746, 118 N. Y. Supp. 185. Order filed.

PATTI et al., Appellants, v. BUFFALO & L. E. TRACTION CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by Joseph Patti and others against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs. New trial to be had on June 2, 1910, at 10 a. m.

PAYNE, Appellant, v. AVOCA WHEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Jennie Payne, as sole administratrix, etc., against the Avoca Wheel Company. No opinion. Judgment affirmed, with costs.

PENDLETON v. FRIEDMAN et al. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Howard Pendleton, Jr., as receiver, against Hyman Friedman, impleaded. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 135 App. Div. 420, 119 N. Y. Supp. 994.

PENDORF, Respondent, v. CITY OF ROME, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by John G. Pendorf against the City of Rome. No opinion. Judgment affirmed, with costs.

PEOPLE v. ACARDO. LEERBURGER v. HENNESSY REALTY CO. In re BARTNETT. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Proceeding by the People of the State of New York against Salvatore Acardo (see, also, 133 App. Div. 897, 118 N. Y. Supp. 1132). Action by Henry Leerburger against the Hennessy Realty Company (see, also, 123 N. Y. Supp. 542). In the matter of Sarah A. Bartnett. No opinions. Motions granted, unless appellants comply with terms stated in orders. Orders filed.

PEOPLE v. BINGHAM. (Actions 1, 2, 3, and 4.) (Supreme Court, Appellate Division, First Department. June 10, 1910.) Proceedings by the People of the State of New York against Thomas Bingham, Jr. No opinion. Motions granted, with $10 costs, unless appellants comply with terms stated in orders. Orders filed.

PEOPLE, Respondent, v. CLEARY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) Proceed-